# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159616(47)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TONYA COOPER,
   Plaintiff-Appellee,

v

SC: 159616
COA: 337702
Oakland CC: 2015-150774-NH

TRINITY HEALTH-MICHIGAN, doing business
as ST. JOSEPH MERCY OAKLAND HOSPITAL,
   Defendant,
and

ROMAN FRANKLIN, M.D., PC, and ROMAN
FRANKLIN, M.D.,
   Defendants-Appellants.
_____/

   On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before July 10, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   June 28, 2019       

                   Clerk